IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BARBARA R. TRACY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMUNITY SERVICE<br>CREDIT UNION,<br><br>　　　　Defendant. | 2:23-CV-084-Z-BR |

## NOTICE

Before the Court is parties' Joint Stipulation of Voluntary Dismissal With Prejudice (ECF No. 13), filed on July 14, 2023. The filing is a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1. (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995). Therefore, the Court **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

July __, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE